AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jr., William H. | United States Court of Appeals | 5/10/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination, Date / ☐ Initial ☑ Annual ☐ Final / 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1729 Fifth Avenue North Suite 900 Birmingham, AL 35203 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | University of Alabama School of Law |
| 2. Board of Directors | Alabama Center for Law & Civic Education |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 MAY 14 A 9: 34
FINANCIAL DISCLOSURE OFFICE

Pryor-Jr_William_H

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/10/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | University of Alabama School of Law | $10,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Wilson,Price,Barranco,Blankenship & Billingsley, P.C. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The Federalist Society and St. Thomas More Society | January 29, 2008 | Milwaukee, WI | Speak Marquette Law Sch. | Transportation, Meals |
| 2. University of Florida Law | April 17-18, 2008 | Gainseville, FL | Deliver Lecture | Transportation, Meals and Lodging |
| 3. The Heritage Foundation | April 23, 2008 | Atlanta, GA | Speak Legal Strat. Forum | Transportation and Meals |
| 4. The Association of Life Insurance Counsel | May 18-19, 2008 | Hot Springs, VA | Speaker, ALIC Annual Meet | Transportation, Meals and Lodging |
| 5. AEI Legal Center for the Public Interest | September 11-12, 2008 | Washington, DC | Deliver Key Note Address | Transportation and Meals |
| 6. The American Law Institute | September 26, 2008 | New Orleans, LA | Capital Punish Meeting | Transportation & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/10/2008 |

| | | | | |
|---|---|---|---|---|
| 7. The Federalist Society 2008 National Lawyers Convention | November 20-22, 2008 | Washington, DC | Mod. of Panel Discussions | Transportation, Meals & Lodging |
| 8. University of Alabama School of Law | August 18-December 1, 200 | Tuscaloosa, AL | Teaching | Transportation |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/10/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. - FIDELITY CANADA | A | Dividend | K | T | | | | | |
| 3. IRA #2 | | | | | | | | | |
| 4. - FIDELITY LEVERAGED COMPANY STOCK | A | Dividend | | | Sold | 12/15 | K | | |
| 5. - FIDELITY INDEPENDENCE | A | Dividend | K | T | Buy | 1/07 | K | | |
| 6. - ALLIANZ NFJ DIVIDEND VALUE FD CL D | | None | | | Sold | 1/04 | K | C | |
| 7. - FIDELITY SELECT CONSUMER STPLE S PORT | | None | K | T | Buy | 12/15 | K | | |
| 8. - JANUS OVERSEAS | B | Dividend | K | T | | | | | |
| 9. IRA #3 | | | | | | | | | |
| 10. - FIDELITY CANADA | A | Dividend | K | T | | | | | |
| 11. IRA #4 | | | | | | | | | |
| 12. - T ROWE PRICE EMERGING EURO & MEDITERRANEAN | | None | | | Sold | 12/16 | J | | |
| 13. - FIDELITY SELECT CONSUMER STPLE S PORT PORT | | None | J | T | Buy | 12/17 | J | | |
| 14. - FORESTER VALUE FUND | | None | K | T | Buy | 12/17 | K | | |
| 15. - FIDELITY CONTRAFUND | A | Dividend | K | T | | | | | |
| 16. - FIDELITY LEVERAGED COMPANY STOCK | A | Dividend | | | Sold | 12/16 | K | | |
| 17. - T ROWE PRICE LATIN AMERICA FUN D | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - MATTHEWS CHINA FUND | | None | | | Sold | 06/17 | K | | |
| 19. - FIDELITY SELECT CHEMICALS | A | Dividend | K | T | Buy | 06/19 | K | | |
| 20. IRA #7 | | | | | | | | | |
| 21. - T. ROWE PRICE LATIN AMERICA FUND | A | Dividend | J | T | | | | | |
| 22. - US GLOBAL REGION EAST EUROPEAN | | None | J | T | | | | | |
| 23. BROKERAGE ACCT #1 | | | | | | | | | |
| 24. - T. ROWE PRICE LATIN AMERICA FUND | A | Dividend | K | T | Sold (part) | 12/26 | J | | |
| 25. - JANUS CONTRARIAN FUND | A | Dividend | J | T | Buy | 02/04 | J | | |
| 26. BROKERAGE ACCT #2 | | | | | | | | | |
| 27. - T. ROWE PRICE EMERG EURO & MEDITERRANEAN | | None | | | Sold | 10/22 | J | | |
| 28. - ROYCE VALUE FUND SERVICE CL | | None | J | T | Buy | 10/23 | J | | |
| 29. FORESTER VALUE FUND | | None | K | T | Buy | 12/17 | K | | |
| 30. - FIDELITY LEVERAGED COMPANY STOCK | A | Dividend | | | Buy | 05/30 | J | | |
| 31. | | | | | Sold | 12/16 | K | | |
| 32. SECTION 401(K)/PROFIT SHARING PLAN #1 | | | | | | | | | |
| 33. - METZLER PAYDEN EURO EMERGING MKTS CL | | None | | | Buy (add'l) | 5/20 | J | | |
| 34. | | | | | Sold | 12/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$ ,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SEXTANT INTERNATIONAL FUND | | None | K | T | Buy | 12/17 | K | | |
| 36. - FIDELITY INTL DISCOVERY | A | Dividend | K | T | Buy (add'l) | 10/22 | J | | |
| 37. - JANUS CONTRARIAN FUND | B | Dividend | K | T | Buy (add'l) | 2/04 | J | | |
| 38. | | | | | Buy (add'l) | 4/16 | J | | |
| 39. - BRANDYWINE BLUE | | None | K | T | Buy (add'l) | 6/17 | J | | |
| 40. FIDELITY CASH RESERVES | A | Int./Div. | J | T | | | | | |
| 41. COMPASS BANK - A/C #1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pryor, Jr., William H. | 5/10/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544